# First District Court of Appeal
## State of Florida

———————————————

No. 1D2024-3264

———————————————

C.L., Mother of, M.L., J.D., and
L.D., Minor Children,

    Appellant,

    v.

Department of Children and
Families,

    Appellee.

———————————————

On appeal from the Circuit Court for Okaloosa County.
David J. Oberliesen, Judge.

May 6, 2025

Per Curiam.

DISMISSED. *N.S.H. v. Dep't of Child. & Fam. Servs.*, 843 So. 2d 898 (Fla. 2003) (approving procedure that includes dismissal when, after counsel withdraws, the appellant fails to timely file his or her own brief in support of appeal of termination of parental rights).

Ray, Bilbrey, and Kelsey, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


C.L., pro se, Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Appellee; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Mercy Almaguer, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Statewide Guardian ad Litem.